# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02805-JLK

MARQUEE MUSIC, INC.,

Plaintiff,

v.

L4LM, INC.,

Defendant.

## DISMISSAL ORDER

THE COURT having reviewed the Stipulation of Dismissal (Doc. 26) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that that this action is DISMISSED WITH PREJUDICE, with each party to pay his or its own attorney fees and costs.

BY THE COURT:

Dated: April 11, 2016

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE